UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MARLA FOX
O/B/O HMB

CIVIL ACTION

VERSUS

NUMBER: 16-16892

NANCY A BERRYHILL, ACTING
COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION

SECTION: "N"(5)

## ORDER

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on December 26, 2017 (Rec. Doc. No. 18), hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's motion for summary judgment is denied, that Defendant's motion for summary judgment is granted, and that Plaintiff's suit is dismissed with prejudice.

New Orleans, Louisiana, this 31st day of January, 2018.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE